UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASILIS SIDERATOS,

    Plaintiff/Petitioner,

v.                                                          Case No. 8:26-cv-852-JLB-NHA

STATE OF FLORIDA,

    Defendant/Respondent.

                            /

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 7), recommending that Plaintiff's Motion to Set Aside Judgment (Doc. 4), Motion to Reopen Case (Doc. 5), and Motion to Proceed In Forma Pauperis (Doc. 6) be **DENIED**.  Plaintiff has not objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion to Set Aside Judgment (Doc. 4) is **DENIED**.

3. Plaintiff's Motion to Reopen Case (Doc. 5) is **DENIED**.

4. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 6) is **DENIED**.

**DONE and ORDERED in Tampa, Florida, on May 6, 2026**.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2