UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VASILIS SIDERATOS,

Plaintiff/Petitioner,

v. Case No. 8:26-cv-852-JLB-NHA

STATE OF FLORIDA,

Defendant/Respondent.
_____________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 11), recommending that Plaintiff's "45(B)1(b) Motion" (Doc. 10) be **DENIED**. Plaintiff has not objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's "45(B)1(b) Motion" (Doc. 10) is **DENIED**.

**DONE and ORDERED in Tampa, Florida, on September 25, 2026**.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE